5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

CASE NO: 22-20678

HON. GERSHWIN A. DRAIN

Plaintiff,

VIOLATIONS: 18 U.S.C. § 922(b)(5)
18 U.S.C. § 922(o)
26 U.S.C. § 5844
26 U.S.C. § 5861(f)

v.

CHASE FARMER,

Defendant.

FILED
JAN 17 2024
CLERK'S OFFICE
DETROIT

______________________________/

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

*Receipt and Possession of Unlawfully Imported Firearms*
26 U.S.C. §§ 5844, 5861(k), and 5871

From on or about November 17, 2020, to on or about September 27, 2022, in the Eastern District of Michigan, the defendant, CHASE FARMER, knowingly received and possessed firearms, that is, machineguns, including Glock conversion devices and drop-in auto sears (DIAS), unlawfully imported and brought into the United States, in violation of Title 18, United States Code, Sections 5844, 5861(k), and 5871.

**COUNT TWO**
*Unlawful Possession of a Machinegun*
18 U.S.C. § 922(o)

On or September 27, 2022, in the Eastern District of Michigan, the defendant, CHASE FARMER, knowingly and unlawfully possessed machineguns, that is, Glock conversion devices and drop-in auto sears (DIAS), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT THREE**
*Unlawful Transfer of a Machinegun*
18 U.S.C. § 922(o)

From on or about February 8, 2021, to on or September 27, 2022, in the Eastern District of Michigan, the defendant, CHASE FARMER, knowingly and unlawfully transferred machineguns, that is, Glock conversion devices and drop-in auto sears (DIAS), in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT FOUR**
*Failure by Federally Licensed Dealer to Keep Proper Records*
18 U.S.C. § 922(b)(5)

From on or about February 8, 2021 to on or about September 27, 2022, in the Eastern District of Michigan, the defendant, CHASE FARMER, being a licensed dealer of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully sell and deliver to another person, a firearm, without noting in the defendant's records required to be kept by law pursuant to Title 18, United States

Code, Section 923, the name of said purchaser of the firearm, in violation of Title 18, United States Code, Sections 922(b)(5) and 924(a)(1)(D).

**FORFEITURE ALLEGATIONS**
26 U.S.C. § 5872

The allegations of Counts One through Four of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, CHASE FARMER, has an interest, pursuant to the provisions of Title 26, United States Code, Section 5872. Upon conviction of the offense alleged in this Information, the defendant shall forfeit to the United States any firearm involved in or used in the violation of Title 26, United States Code, Sections 5861(d).

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Acting Chief, General Crimes Unit
Assistant United States Attorney

*s/ Diane N. Princ*
DIANE N. PRINC
Assistant United States Attorney

Dated: January 17, 2024

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | 22-20678 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ **Yes** ☒ **No** | **AUSA's Initials:** DNP |

**Case Title:** USA v. CHASE FARMER

**County where offense occurred :** Macomb

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
__✓__Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** 22-20678 **Judge:** Drain

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☒ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| Chase Farmer | 26 U.S.C. Sec. 5844 , 5861(k), 5871 (COUNT 1)<br>18 U.S.C. Sec. 922(o) (COUNT 2) | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

January 17, 2024
Date

Diane N. Princ
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9524
Fax: (313) 226-2372
E-Mail address: diane.princ@usdoj.gov
Attorney Bar #: NY 4781159

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.